# United States Bankruptcy Court
## District of Nevada

### Case No. **10–24701–lbr**
### Chapter 7

In re: (Name of Debtor)

STEPHEN JAMES KEHOE
606 OTONO DR
BOULDER CITY, NV 89005

JOYCE M KEHOE
606 OTONO DR
BOULDER CITY, NV 89005

Social Security No.:
xxx–xx–5280

xxx–xx–7495

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/27/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court